UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 07-CR-972 |
| | ) | |
| Plaintiff, | ) | **ORDER TO AMEND JUDGMENT RECOMMENDING INCARCERATION OF DEFENDANT IN NORTHEAST REGION** |
| | ) | |
| v. | ) | |
| | ) | |
| MOOSA ZAROOVABELI | ) | |
| | ) | |
| Defendant. | ) | |

The Court has read and considered Defendant's Motion to Amend Judgment filed on February 26, 2009, and hereby finds that it demonstrates good cause.

THEREFORE, GOOD CAUSE APPEARING:

The Judgment entered by this Court against Defendant Moosa Zaroovabeli on February 23, 2009, is hereby amended to recommend that defendant be incarcerated in a Northeast Region facility near or in New York City, New York, and NOT in a Southern California facility.

IT IS SO ORDERED.

2/26/09
_____          By: _____
DATE                                   HONORABLE JUDGE DALE S. FISCHER
                                       UNITED STATES DISTRICT JUDGE

---
1
ORDER TO AMEND JUDGMENT